JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: amanda.patanaphan@jacksonlewis.com

*Attorneys for Defendant*
*Flowers Baking Co. of Henderson, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON BLOCTON,<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERS BAKING CO. OF HENDERSON, LLC; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-2304-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION AND PRE-TRIAL ORDER DEADLINE**<br><br>**(First Request)** |

Plaintiff Brandon Blocton ("Plaintiff"), through his counsel, Greenberg Gross LLP, and Defendant Flowers Baking Co. of Henderson, LLC ("Defendant"), through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree to extend the dispositive motion deadline (First Request) as follows:

**A.  Discovery Completed to Date.**

To date, the parties have exchanged initial disclosures of documents and witnesses pursuant to FRCP 26(a)(1). Plaintiff served his Second Supplemental Disclosure of Documents and Witnesses on September 12, 2025. Defendant served its Seventh Supplemental Disclosure of Witnesses and Documents on February 17, 2026.

Plaintiff served his First Set of Requests for Production on Defendant on January 31, 2025, and then served a Second Set of Requests for Production on Defendant and a First Set of

Interrogatories on Defendant both on August 26, 2025. Defendant served its First Set of Interrogatories, Requests for Production, and Requests for Admission on Plaintiff on July 28, 2025. The Parties have since responded to the respective requests. Plaintiff also served additional Requests for Production in conjunction with depositions of Jazmin Torres and Timiko Strother, which Defendant has already answered.

The depositions of Plaintiff Brandon Blocton, and representatives for Defendant Jazmin Torres and Timiko Strother have been taken. Various subpoenas duces tecum have been issued to third parties, for which most have been responded to, though some additional document responses are anticipated at the time of this filing.

**B.  Discovery Which Still Needs to Occur.**

The close of discovery was on February 17, 2026, and thus no additional discovery is to be conducted. The Parties now seek to enter private mediation, and as such are stipulating to move the dispositive motion deadline, which is currently scheduled for March 18, 2026, to April 30, 2026, to ensure the deadline occurs after the date of mediation.

**C.  Reasons Why Discovery Has Not Been Completed.**

Not Applicable.

**D.  Proposed Schedule for Completing Remaining Discovery.**

- **Discovery Cut-Off Date** – This remains unchanged, discovery closed on February 17, 2026.

- **Dispositive Motions** – The March 18, 2026, dispositive motions deadline shall be extended to **Thursday, April 30, 2026**.

- **Pretrial Order** – If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of the dispositive motions, which is **Monday, June 1, 2026**, which is 32 days after the date set for the filing of dispositive motions, given the 30th day falls on a Saturday. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dipositive motions or by further order of the Court.

Based on the foregoing, the Parties submit that these circumstances constitute good cause to extend the deadlines set forth above.

DATED this 25th day of February, 2026.

**GREENBERG GROSS LLP**

/s/ Michael E. Burnette
JEMMA E. DUNN
Nevada Bar No. 16891
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL E. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Brandon Blocton*

**JACKSON LEWIS P.C.**

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Flowers Baking Co. of Henderson, LLC*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 2-27-26 _____

4935-4893-4801, v. 1