JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: amanda.patanaphan@jacksonlewis.com

*Attorneys for Defendant*
*Flowers Baking Co. of Henderson, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON BLOCTON,<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERS BAKING CO. OF HENDERSON, LLC; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-2304-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Brandon Blocton ("Plaintiff"), through his counsel, Greenberg Gross LLP, and Defendant Flowers Baking Co. of Henderson, LLC ("Defendant"), through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree to extend the deadline for Defendant to file its Reply in Support of its Motion for Summary Judgment (First Request) one week, from Monday June 22, 2026 to Monday June 29, 2026. The parties agree to this extension, requested due to other competing deadlines in other matters requiring Defendant's attention. The Motion for Summary Judgment was filed on May 15, 2026 (ECF No. 28) and Plaintiff's Response was filed on June 5, 2026 (ECF No. 29).

JACKSON LEWIS P.C.
LAS VEGAS

Based on the foregoing, the Parties submit that these circumstances constitute good cause to extend the deadlines set forth above, with the Reply in Support of Defendant's Motion for Summary Judgment due on Monday, June 29, 2026.

DATED this 22nd day of June, 2026.

| | |
|---|---|
| **GREENBERG GROSS LLP** | **JACKSON LEWIS P.C.** |
| */s/ Michael E. Burnette* | */s/ Amanda Patanaphan* |
| JEMMA E. DUNN | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 16891 | Nevada Bar No. 12493 |
| MATTHEW T. HALE | AMANDA PATANAPHAN, ESQ. |
| Nevada Bar No. 16880 | Nevada Bar No. 15080 |
| MICHAEL E. BURNETTE | 300 S. Fourth Street, Suite 900 |
| Nevada Bar No. 16210 | Las Vegas, Nevada 89101 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | *Attorneys for Defendant* |
| | *Flowers Baking Co. of Henderson, LLC* |
| *Attorneys for Plaintiff* | |
| *Brandon Blocton* | |

IT IS SO ORDERED:

Dated:__June 23, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4918-7530-6166, v. 2