JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Flowers Baking Co. of Henderson, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON BLOCTON,<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERS BAKING CO. OF HENDERSON, LLC; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-2304-APG-MDC<br><br>**DEFENDANT'S REQUEST TO WITHDRAW AMANDA PATANAPHAN AS COUNSEL OF RECORD FOR DEFENDANT** |

Defendant Flowers Baking Co. of Henderson, by and through its counsel, the law firm of Jackson Lewis P.C., hereby requests that attorney Amanda Patanaphan be removed as counsel of record for Defendant in this case. Ms. Patanaphan is no longer an employee of Jackson Lewis P.C. and will no longer be representing Defendant in this case. Joshua A. Sliker will remain as lead counsel of record for Defendant. As a result, Ms. Patanaphan's withdrawal from the case will not effect the conduct of this case.

DATED this 10th day of August 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 8-27-26

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorney for Defendant*
*Flowers Baking Co. of Henderson, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 10th day of August, 2026, I caused to be served a true and correct copy of **DEFENDANT'S REQUEST TO WITHDRAWAL AMANDA PATANAPHAN AS COUNSEL OF RECORD FOR DEFENDANT** via the Court's electronic filing and service system to the following:

Alan A. Greenberg, Esq.
Jemma E, Dunn, Esq.
Philip A. Horlacher, Esq.
Michael A. Burnette, Esq.
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Brandon Blocton*

*/s/ Jennifer Levin*
Employee of Jackson Lewis P.C.